FILED JUN 27 '22 AM 10:22 USDCALS

# Southern District of Alabama

22-cv-250-CG-N

Tekeela A. McCaskill

Vs.

13th Judicial Circuit Court of Alabama

Civil Division

## Complaint

I Tekeela McCaskill am filing a complaint of Race and Retaliation against the Circuit Court of Mobile Alabama

Tekeela McCaskill

11990 Mose Lane North

Grand Bay Ala 36541

*/s/ Tekeela A. McCaskill*