FILED SEP 25 '23 PM 4 54 USDCALS

## IN THE UNITEED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTDRICT OF ALABAMA
## SOUTHERN DISTRICT

| | |
|---|---|
| **TEKEELA A. McCASKILL.** ) | |
| **Plaintiff,** ) | **CASE NO. 1:22-00250-CG-N** |
| ) | |
| **v.** ) | |
| ) | |
| **OFFICE OF THE CIRCUIT CLERK** ) | |
| **FOR THE 13TH JUDICICIAL CIRCUIT** ) | |
| **Defendant,** | |

## Second Amended Complaint

This court has federal question jurisdiction as these actions allege

violation of (Title VII) of the 1964 Civil Rights Section 2000e.

## Count 1.

## Racial Discrimination

I Tekeela McCaskill claim that I was racially discriminated against by

Deputy Clerk and Head Supervisor Chuck Lewis of the Circuit Civil Division.

1. Mr. Lewis and Jojo Schwarzuer unlawfully discriminated against
   myself when Mr. Chuck Lewis trained and promoted Jordan
   Dubose and Beth Lee (2 Caucasian ladies) over myself.

2. I was denied training and promotional opportunities even though
   I had more seniority than both ladies, This is in direct violation of

Title VII of the 1964 Civil Right Act Section 2000e. *(Peppers vs. Cob County* 835 I.3D 1289 (11th Circuit 2016)

## Count 2

## Retaliation Discrimination

1. On September 27th 2021, I informed Deputy Clerk of Mobile County Mrs. Jojo Schwarzuer of the unethical behavior of Mr. Lewis and Jordan Dubose. Mrs. Jojo Schwarzuer sided with Mr. Lewis. Mrs. Jojo and Mr. Lewis moved me out of the division on October 1st 2021 against my wishes. No other person in the Circuit Civil Division was forced out of the division or investigated as myself.

2. After moving to the Domestic Relations Division, I was subject to various form of discrimination and retaliation and the retaliation increased after filing with the EEOC and filing in Federal Court on 3/16/2022.

## FACTS

1. After being transferred to the Domestic Relations Division, I was not allowed the same corrective abilities as fellow co-workers in the Domestic Relation Division

2. I was given 23 different forms of work documents in comparison to other ladies in the division only having to do 4 work requirements daily.

3. I was written up 10 times in a 9 month time frame for manipulated mistakes when other colleagues were not written up for making mistakes as well. All the ladies that worked in the domestic relation department have 17 to 30 years of experience excluding one.

4. I was made to sign a document stating that I would not contact AOC (Administration of Court) for any reasons. No other colleague was made to sign such document and this retaliation was because I believed my password to be breached and used by others in the division in order to sabotage. Management did not want me to contact IT division for myself and did not want me to contact HR.

5. Deputy Clerk Chuck Lewis out of retaliation did not forward a Motion to Judge Pipes when my husband and I requested another Court hearing and Mr. Lewis scanned the Motion in the system as an answer instead of sending the Motion to the Judge. In addition, prior to the filing of the EEOC claim, Judge Pipe told me personally that he would not allow such an inflated judgment against my husband. This would affect my husband's income by 25% each pay period. After the Motion

was sent to the Judge, he denied it. Judge Pipes denied the Motion for another hearing with no opposition from the other side after the charge was filed in Federal Court. *Abdirisaq A. Abdi, Realtor v. Stanley Smith No. A04-1847 (Minn. Ct App. Aug 9 2005) Nieves-Garay v. Puerto Rico Police Department 09-1959-Jaf-D.P.R. Jun. 23, 2011)*

6. I was wrongfully terminated on September 9th, 2022 and deliberately overpaid to keep from filing unemployment and to discredit and cause hardships. The defendant's actions were all retaliatory and in violation of the Title VII of the Civil Rights Act of 1964.

## Conclusion

I find no reason not to have all parties under the Office of the Circuit Clerk for the 13th Judicial Circuit.

Many unlawful actions were taken against me and this can be brought out in discovery.

All acts of retaliation are a direct violation of Title VII of the Civil Rights Act of 1964.

**Tekeela A. McCaskill.**

1990 Mose Lane North
Shane Bay ala 36541
251·767-1625

Page 4 of 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 420-2022-01997 |

| Not Applicable | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Tekeela A. McCaskill | (251) 767-1625 | 1973 |

Street Address

11990 Mose Lane North

Grand Bay, AL 36541

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| State of Alabama Circuit Court | 101 - 200 Employees | (251) 574-8806 |

Street Address

13th Judicial District  205 Government Plaza Suite 913

Mobile, AL 36602

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Race, Retaliation | Earliest 05/06/2022        Latest 05/14/2022 |
| | Continuing Action |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In retaliation for filing a prior E.E.O.C charge of race (Black) Discrimination/Retaliation, I have received several (four) disciplinary write-ups from my direct Supervisors Tachonda Smith and JoJo Schwarzauer.  I have received multiple manipulated negative worksheets from Mrs. Tachonda Smith and I was threatened with termination. I had no disciplinary write-ups prior to the E.E.O.C filing within six years of employment with the court system. Mr. Chuck Lewis retaliated against me on May 6, 2022, by not submitting a motion to the Judge that has a direct effect on me $159,000.00. Now bankruptcy needs to be filed because of the retaliatory actions of Mr. Lewis and others. I believe I am being retaliated and discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  Digitally Signed By: Tekeela A. McCaskill  07/11/2022 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 425-2022-00781 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Tekeela A. McCaskill | (251) 767-1625 | 1973 |

**Street Address**

11990 Mose Lane North

Grand Bay, AL 36541

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| 13th Judicial Circuit Court of Alabama Civil Division | 15 - 100 Employees | |

**Street Address**

205 goverment plaza 913

MOBILE, AL 36602

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

**Street Address**                                    City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest      Latest |
| Retaliation, Race | 09/27/2021      01/31/2022 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired in 2016 as a Clerk. During my interview, I was told that Charles Lewis (Supervisor, White) would train me for a supervisor position. I was promoted to Court Specialist II in 2018. I was not trained or promoted to supervisor. I was not trained or promoted in 2018 because of my race. In 2018, I began complaining to Charles Lewis (Supervisor, White) that families were evicted without proper notice. My most recent complaint was in September 2021. I was transferred to Domestic Relations division October 1, 2021, under the pretenses of training but it has been retaliation and I am micromanaged, harassed, and threatened with demotion. I was transferred because of my race (Black). Further, I was retaliated against for complaining that families were evicted or ejected without proper notice. I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Tekeela A. McCaskill** **03/16/2022** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE (month, day, year) |
| *Charging Party Signature* | |

94